# ORPHANS' COURT PROCEDURAL RULES COMMITTEE
# ADOPTION REPORT

## Amendment of Pa.R.O.C.P. 1.99

On December 1, 2021, the Supreme Court amended Pennsylvania Rule of Orphans' Court Procedure 1.99 to conform with recent amendments to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* ("Policy"). *See* Order of October 6, 2021, No. 556 Judicial Administration Docket. The Orphans' Court Procedural Rules Committee has prepared this Adoption Report describing the rulemaking process as it relates to Pa.R.O.C.P. 1.99. An Adoption Report should not be confused with Comments to the rules. *See* Pa.R.J.A. 103, Comment. The statements contained herein are those of the Committee, not the Court.

The amendments to the Policy, effective on January 1, 2022, require the statewide use of the Confidential Information Form to safeguard confidential information and eliminate the ability of a court to adopt a rule or order permitting the filing of any document in two versions, redacted and unredacted. In response to this change to the Policy, Pa.R.O.C.P. 1.99 has been amended to remove the exception to the Rule requiring the attachment of a Confidential Information Form, if necessary. The Comment to Pa.R.O.C.P. 1.99 has been amended to delete the last sentence referencing Section 7.0(C) of the Policy, which previously referenced the ability of a court to adopt a rule or order permitting the filing of any document in two versions, redacted and unredacted.